**Appeal Reinstated, Motions Disposed, and Order filed September 6, 2018**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00533-CV

**SUSAN FLANDER, Appellant**

**V.**

**STATE FARM INSURANCE, Appellee**

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1105515**

## ORDER

We abated this appeal on July 26, 2018, for the order on appeal to be made final. We stated we would reinstate the appeal after a supplemental clerk's record containing a final judgment was filed with this court. The supplemental clerk's record with a final judgment has been filed.

Accordingly, we **REINSTATE** the appeal. Appellant's motions to reinstate, filed July 31, 2018, and August 8, 2018, are **GRANTED**.

Appellant's motion to change the style of the appeal, filed July 24, 2018, is **DENIED**.

Appellant's motion to transfer venue, filed August 29, 2018, is **DENIED**.

Appellant's brief was filed while the appeal was abated. Appellee's brief is due by **October 5, 2018**.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Brown